Minutes of the United States District Court
Southern District of California

## DECEMBER 1, 2006

| Hon. **ROGER T. BENITEZ** | Deputy Clerk: **GLENN RIVERA** | Reporter: **N/A** |
|---|---|---|

| 06CR1012-BEN | USA v. ROSARIO GONZALEZ (2) |
|---|---|

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

NO PARTIES PRESENT

The Court orders that the attached Ex Parte letter re: defendant Rosario Gonzalez be filed with the Clerk's Office.